# CASES

DETERMINED IN THE

## THIRD DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

## DURING THE YEAR 1915.

---

### National Cash Register Company, Defendant in Error, v. Ralph Jibben, Plaintiff in Error.

### (Not to be reported in full.)

Error to the Circuit Court of Tazewell county; the Hon. THEO-DORE N. GREEN, Judge, presiding. Heard in this court at the October term, 1911. Writ of error quashed. Opinion filed October 13, 1915.

### Statement of the Case.

Action of replevin by National Cash Register Company, plaintiff, against Ralph Jibben, defendant. An appeal had been taken and judgment rendered affirming the judgment of the lower court against the defendant. Defendant seeks by writ of error to have the same judgment of the lower court reversed.

O. A. SMITH, for plaintiff in error.

PRETTYMAN, VELDE & PRETTYMAN, for defendant in error.

MR. PRESIDING JUSTICE ELDREDGE delivered the opinion of the court.

## Abstract of the Decision.

1. JUDGMENT, § 408*—*when judgment on appeal res judicata.* Where an appeal has been prosecuted the judgment thereon is *res judicata*, not only as to all errors assigned, but also as to all errors that might have been assigned, and it is immaterial whether the judgment is affirmed on the merits or for other reasons.

2. APPEAL AND ERROR, § 22*—*when writ of error does not lie.* Where a final judgment affirming the judgment of the lower court was entered on appeal, the unsuccessful party cannot again review the same judgment and reverse it upon a writ of error.

3. JUDGMENT, § 373*—*what is effect of final judgment on appeal.* The final judgment of the Appellate Court on appeal, affirming the judgment of the trial court, cannot be varied, explained or modified by parol.

National Croation Society of the United States of America, Appellee, v. Mary Pavlic, Appellee, and Veronika Pavlic. Jurs Pavlic, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Logan county; the Hon. T. M. HARRIS, Judge, presiding. Heard in this court at the April term, 1915. Affirmed. Opinion filed October 13, 1915. Rehearing denied December 11, 1915.

## Statement of the Case.

Bill of interpleader by National Croation Society of the United States of America, complainant, against Mary Pavlic, widow of Kresimir Pavlic, and Jurs Pav-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.